UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MIGUEL WHITE,<br><br>          Petitioner,<br><br>     v.<br><br>F. FOULK,<br><br>          Respondent. | No. 2:14-cv-01576 AC P<br><br><br><br>ORDER |

   Petitioner, a California state prison inmate, has filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. ECF No. 1. However, a review of this court's docket in White v. Unknown, 2:14-cv-00845-TLN-DAD, indicates that petitioner was directed to file a habeas petition prior to June 12, 2014 in that case. See ECF No. 3 in 2:14-cv-00845-TLN-DAD. Therefore, it appears to the court that this case was administratively opened in error.

   Accordingly, IT IS HEREBY ORDERED that:

   1. The petition for writ of habeas corpus, ECF No. 1, shall be filed in the case of White v. Unknown, 2:14-cv-00845-TLN-DAD based on the date that it was received; and,

   2. This civil action be administratively closed as opened in error.

DATED: July 14, 2014.

                                                    /s/ Allison Claire
                                                    ALLISON CLAIRE
                                                    UNITED STATES MAGISTRATE JUDGE

1